

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2018

No. 04-18-00250-CV

**IN THE INTEREST OF K.K.R., A CHILD**,

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-06-26606-MCV
Honorable Susan D. Reed, Judge Presiding

## O R D E R

Appellee's agreed motion to substitute counsel is GRANTED. Beth Watkins and the Law Office of Beth Watkins d/b/a Watkins Law d/b/a Watkins Appeals PLLC are WITHDRAWN from representation of appellee, and Shannon K. Dunn and the Law Office of Shannon Dunn, PLLC are SUBSTITUTED as lead counsel for appellee. The clerk of the court is directed to remove Beth Watkins, the Law Office of Beth Watkins d/b/a Watkins Law d/b/a Watkins Appeals PLLC, and Stephanie De Sola from the e-service circulation list for this appeal and to add Shannon K. Dunn and the Law Office of Shannon Dunn, PLLC to the e-service circulation list for this appeal.

It is so **ORDERED** on December 31, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court